**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS NOGALI,** | Case No. 2:10-CV-05069-AJW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| **WEST ASSET MANAGEMENT, INC.,,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Central District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 20th day of September, 2010.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

1  Filed electronically on this 20th day of September, 2010 with:

2  United States District Court CM/ECF system

3

4  And hereby served upon all parties

5  Notification sent on this 20th day of September, 2010, via the ECF system to:

6  Honorable Andrew J. Wistrich
7  Judge of the United States District Court
   Central District of California
8

9  Copy sent via mail on this 20th day of September, 2010, to:

10
   West Asset Management, Inc.
11 Attn: Legal Dept.
   PO Box 105668
12 Atlanta, GA 30348

13

14

15 By: s/Todd M. Friedman
        Todd M. Friedman
16

17

18

19

20

21

22

23

24

25

26

27

28